LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES – GENERAL**

| Case No. | CV 16-02718-BRO (MRWx) | Date | June 27, 2016 |
|---|---|---|---|
| Title | IGOR SHABANETS, ET AL. V. KARENTA, LLC., ET AL. | | |

Present: The Honorable   **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:
       Not Present                                          Not Present

**Proceedings:**   (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Defendants Sergey Bazylev, OOO Karenta,[1] Albert Popov, and Dmitry Rasskazov's (collectively, "Defendants") Motion to Dismiss or Quash Service of Summons for Inadequate Service of Process pursuant to Federal Rule of Civil Procedure 12(b)(5).[2]  (Dkt. No. 18.)  The hearing of this motion is scheduled for July 11, 2016.  (*See id.*)  Central District Local Rule 7-9 requires oppositions to be filed no later than twenty-one (21) days prior to the scheduled hearing date.  *See* C.D. Cal. L.R. 7-9.  Thus, Plaintiffs Igor Shabanets and East West Meat Trading, LLC's (collectively, "Plaintiffs") opposition, if any, was due no later than June 20, 2016.  To date, however, Plaintiffs have failed to oppose Defendants' Motion.  Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion."  *See* C.D. Cal. L.R. 7-12.

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** as to why the Court should not grant Defendants' Motion.  **Both (1) Plaintiffs' response to this Order and (2) Plaintiffs' opposition to Defendants' Motion, if any, shall be filed by no later than Friday, July 1, 2016, at 12:00 p.m.**  An appropriate response will include reasons demonstrating good cause for Plaintiffs' failure to timely oppose.  If Plaintiffs fail to respond, the Court may grant Defendants' Motion pursuant to Local Rule 7-12.

**IT IS SO ORDERED.**                              Initials of Preparer        rf

---

[1] Plaintiffs erroneously sued Defendant OOO Karenta as Karenta, LLC.  (*See* Dkt. No. 18-1 at 1 n.1.)

[2] Defendants are specially appearing in this matter.