Adam Matthew Cohen, Esq.
BECKER & POLIAKOFF, P.A.
1 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Phone: 954-987-7550
Fax: 954-985-4176

Co-Counsel for Plaintiff Igor Shabanets & East West Meat Trading LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Igor Shabanets, an individual, East West Meat Trading, LLC, A Nevada Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Karenta, LLC, a Russian Limited Liability Corporation, DMITRY RASKAZOV, an Individual, SERGY BASYLEV, an Individual, ALBERT POPOV, an Individual and DOES 1 through 100, inclusive,<br><br>Defendants, | Case No.: 2:16-CV-02718-BRO-MRW<br><br>ORDER ON<br>**PLAINTIFFS IGOR SHABANETS AND EAST WEST MEAT TRADING, LLC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Igor Shabanets and East West Meat Trading, LLC hereby dismiss all claims in this action ***without prejudice***.

Dated: September 20, 2016

Respectfully Submitted,

/s/ Adam Matthew Cohen, Esq.
By: Adam Matthew Cohen, Esq.

**IT IS SO ORDERED.**
DATED: September 22, 2016
[signature]
UNITED STATES DISTRICT JUDGE

Plaintiffs' Notice of Voluntary Dismissal Without Prejudice Case 2:16-CV-02718-BRO-MRW

acohen@bplegal.com
Becker & Poliakoff, P.A.
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 364-6030
Facsimile: (954) 985-4176
*Co-Counsel for Plaintiffs Igor Shabanets and East West Meat Trading, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by the Court's CM/ECF system on September 20, 2016 on all counsel or parties of record on the Service List below.

/s/ Adam Matthew Cohen, Esq._____
By: Adam Matthew Cohen, Esq.

# SERVICE LIST

Edward Shkolnikov, Esq.
LAW OFFICES OF EDWARD SHKOLNIKOV
13245 Riverside Dr., Suite 501
Sherman Oaks, California 91423
P: 323-655-6005
F: 323-655-6030
Email: ed@2defend.com
*Co-Counsel for Plaintiffs Igor Shabanets and East West Meat Trading, LLC*